**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California

Case number (*If known*): ______________________ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding

12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).**

1. **Debtor's name** Ng Wing Fai

2. **Debtor's unique identifier**

**For non-individual debtors:**

☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___ ___

☐ Other ______________________. Describe identifier ______________________.

**For individual debtors:**

☐ Social Security number: xxx – xx– ____ ____ ____ ____

☐ Individual Taxpayer Identification number (ITIN): **9** xx – xx – ____ ____ ____ ____

☑ Other 0289503(9). Describe identifier Hong Kong ID number.

3. **Name of foreign representative(s)** Osman Mohammed Arab and Wong Kwok Keung

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred** Bkrptcy Proc No. 3252 of 2025 High Ct - Hong Kong Spl. Admin. Rgn. Ct. 1st Inst.

5. **Nature of the foreign proceeding**

*Check one:*

☐ Foreign main proceeding
☐ Foreign nonmain proceeding
☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☑ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

______________________________________________

______________________________________________

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

☑ Yes

Debtor Ng Wing Fai
Name

Case number *(if known)*

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

**Country where the debtor has the center of its main interests:**

China

**Debtor's registered office:**

Number Street

P.O. Box

City State/Province/Region ZIP/Postal Code

Country

**Individual debtor's habitual residence:**

1st Fl, Caravelle Villa, No. 7 La Salle Rd.
Number Street

P.O. Box

Kowloon, Hong Kong
City State/Province/Region ZIP/Postal Code

China
Country

**Address of foreign representative(s):**

10/F, Lee Garden Three, 1 Sunning Road
Number Street

P.O. Box

Causeway Bay, Hng Kong
City State/Province/Region ZIP/Postal Code

China
Country

**10. Debtor's website** (URL)

N/A

**11. Type of debtor**

*Check one:*

☐ Non-individual (*check one*):

☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

☐ Partnership

☐ Other. Specify: ______

☑ Individual

Debtor Ng Wing Fai
Name

Case number (if known)

**12. Why is venue proper in *this district*?**

*Check one:*

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ [signature]
Signature of foreign representative

Ian John Pearson
Printed name

Executed on 10/23/2026
MM / DD / YYYY

✗
Signature of foreign representative

Printed name

Executed on
MM / DD / YYYY

**14. Signature of attorney**

✗ /s/ Kathy Bazoian Phelps
Signature of Attorney for foreign representative

Date 10/27/2026
MM / DD / YYYY

Kathy Bazoian Phelps
Printed name

Raines Feldman Littrell LLP
Firm name

1900 A venue of the Stars, 19th Floor
Number Street

Los Angeles
City

CA
State

90067
ZIP Code

(310) 424-4080
Contact phone

kphelps@raineslaw.com
Email address

155564
Bar number

CA
State